# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ELIZABETH SANCHEZ-CRUZ**  **PLAINTIFF**
**ADC #719241**

v.  Case No. 4:23-CV-00408-LPR

**LYNMARIE LIBERTY-ELLINGTON,**
Attorney; Liberty-Ellington Law & Mediation  **DEFENDANT**

## ORDER

On August 3, 2023, this Court screened Plaintiff Elizabeth Sanchez-Cruz's Complaint pursuant to 28 U.S.C. § 1915A.[1] The Court found that the Complaint, which was not authored by Ms. Sanchez-Cruz, failed to describe any claims on her behalf against Defendant Liberty-Ellington.[2] The Court therefore directed Ms. Sanchez-Cruz to file an amended complaint within 45 days, "explaining the reasons why she is suing Ms. Liberty-Ellington and the relief she is seeking."[3] The Court warned Ms. Sanchez-Cruz that her failure to file an amended complaint could result in the dismissal of her Complaint.

Despite the Court's warning, Ms. Sanchez-Cruz has failed to file an amended complaint describing her claims against Defendant Liberty-Ellington. Accordingly, her Complaint (Doc. 1) is DISMISSED without prejudice for failure to state a claim. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Order (Doc. 5).

[2] *Id*. at 2–3. The Complaint appears to have been written by another *pro se* inmate, Crystal Plant. As discussed in the Court's August 3 Order, "Ms. Plant and Ms. Sanchez-Cruz lived together in Dardanelle, Arkansas and were arrested at their home on July 15, 2021, and separately charged with a number of felony drug crimes." *Id*. at 2.

[3] *Id*. at 3. The Court later extended this deadline to November 3, 2023. *See* Order (Doc. 7).

IT IS SO ORDERED this 18th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE